## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.**, *et al.*, | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors.[1] | Honorable Carol A. Doyle |
| **Ronald R. Peterson, as chapter 7 trustee for Mack Industries Ltd.**, | |
| Plaintiff, | |
| v. | Adversary No. 19-00372 |
| **Capital One, N.A.**, *et al.*, | |
| Defendants. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that I filed the **Trustee's Response to Defendants' Motion to Dismiss** with the Clerk of the United States Bankruptcy Court this July 16, 2020, a copy of which is hereby served upon you.

Dated: July 16, 2020

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd.

By: */s/ Ariane Holtschlag*
One of His Attorneys

Jeffrey K. Paulsen (6300528)

---

[1] The debtors, with their respective bankruptcy case numbers, are: Mack Industries Ltd. (17-09308); Oak Park Avenue Realty Ltd. (17-16651); Mack Industries II LLC (17-16859); Mack Industries III LLC (17-17106); Mack Industries IV LLC (17-17109); Mack Industries V LLC (18-03445); and Mack Industries VI LLC (18-03451).

{00171356}    1

Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com

## CERTIFICATE OF SERVICE

    I, Ariane Holtschlag, an attorney, hereby certify that on July 16, 2020, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Filing* and the accompanying *Response* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below.

                                                */s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| **Jeffrey K. Paulsen** | jpaulsen@wfactorlaw.com;<br>bharlow@wfactorlaw.com;<br>jpaulsen@ecf.inforuptcy.com |
| **Jeffrey D Pilgrim** | jpilgrim@pilgrimchristakis.com;<br>lmarshall@pilgrimchristakis.com;<br>gsarmiento@pilgrimchristakis.com |
| **Matthew O Stromquist** | mstromquist@pilgrimchristakis.com;<br>gsarmiento@pilgrimchristakis.com;<br>lmarshall@pilgrimchristakis.com |