# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.**, *et al.*, | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors. | Honorable Carol A. Doyle |
| **Ronald R. Peterson,** as chapter 7 trustee for Mack Industries, Ltd., | |
| Plaintiff, | |
| v. | |
| **Capital One N.A.,** *et al.,* | Adversary No. 19-00372 |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Ariane Holtschlag, as chapter 7 trustee for Mack Industries, Ltd., and Defendants Capital One, N.A. and Capital One Financial Corp. hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned adversary proceeding with prejudice, with each party to bear its own costs and attorneys' fees.

{00215866}

Dated: February 11, 2022

**Ariane Holtschlag**, as chapter 7 trustee for Mack Industries, Ltd.

By: */s/ Justin Storer*
One of Her Attorneys

**Capital One, N.A. and Capital One Financial Corp.**

By: */s/ Matthew Stromquist*
One of Their Attorneys

Prepared by:
Jeffrey K. Paulsen (6300528)
Justin Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-6976
Email:  jstorer@wfactorlaw.com

{00215866}